# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CHARLES M GRIGGS, JR,

Plaintiff,

v. Case No.: 6:26-cv-02111-AGM-LHP

CYPRESS LAKES COMMUNITY ASSOCIATION, INC, DANIEL TESTON, BRITTANY SMITH, CHRISTOPHER KNAPP, ANDREW BITNER, JEFFREY LARSON, DI-MASI LAW FIRM, LAUREN T. SCHWARZFELD, EILEEN MARTINEZ, LELAND MANAGEMENT, INC., BEDRI BURNAZI, MELISSA BURNAZI,

Defendants,

---

## ORDER

Before the Court is Plaintiff's Emergency Motion for Leave to Participate in Electronic Filing Pursuant to Local Rule 2.01. Doc. No. 14. On review, the motion is **DENIED without prejudice**. First, the motion fails to include a certificate of conferral as required by Local Rule 3.01(g). Second, the motion does not include a memorandum of legal authority as required by Local Rule 3.01(b). Third, the motion is improperly designated as an "emergency," in violation of Local Rule 3.01(f). Finally, the motion does not comply with the presiding District Judge's

Standing Order Requiring Disclosure of the Use of Artificial Intelligence. Doc. No. 11.

Any renewed motion must comply with all applicable Local Rules and Court Orders. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on October 20, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties